UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/19

---------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        19-Cr-795 (SHS)

      -against-                               :

                                  ORDER

JONATHAN RODRIGUEZ,                          :

         Defendant(s).                       :

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      At the request of defendant,

      IT IS HEREBY ORDERED that retained attorney Michael D. Horn is relieved,

and Thomas F.X. Dunn is appointed to represent the defendant pursuant to the Criminal Justice

Act.

Dated: New York, New York
       November 21, 2019

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.