THOMAS F.X. DUNN
ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

By ECF

February 3, 2020

Honorable Sidney H. Stein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Jonathan Rodriguez</u>,
    19 Cr. 795 (SHS)

Dear Judge Stein:

I represent Jonathan Rodriguez pursuant to the Criminal Justice Act in the above captioned case. I write to request permission to file interim vouchers in this case.

The discovery is significant and extensive. The discovery includes Title III materials including affidavits and applications, thousands of pages of draft linesheets, videos, police reports, arrest records and other law enforcement documents.

I make this request based on the hours expended to date in discovery review, the expected future hours of review and the length of the case.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

SO ORDERED 2/3/2020

SIDNEY H. STEIN
U.S.D.J.