UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :       **TEMPORARY**
                                  :       **RELEASE ORDER**
        - v. -                    :
                                  :       19 Cr. 795 (SHS)
JONATHAN RODRIGUEZ,               :
    a/k/a "Nathan,"               :
                              :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x

Upon the application of Thomas F.X. Dunn, Esq., attorney for Jonathan Rodriguez, a/k/a "Nathan," for temporary release during the current COVID-19 pandemic, and with the Government's consent, IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3145(c), the defendant's application is GRANTED under the following conditions:[1]

    a. A personal recognizance bond in the amount of $100,000, to be signed by the defendant and co-signed by two financially responsible persons, as approved by the United States Attorney's Office;

---

[1] This Order is based on facts and circumstances unique to this defendant, including the Government's consent to the entry of this Order. It should not be construed as a determination by this Court that any other defendant qualifies for release, or that pretrial or presentence detention is unsafe or otherwise inappropriate as a general matter or in any other specific case.

b.   All mandatory conditions of release including this Court's standard "Order Setting Conditions of Release" form;

c.   Home incarceration at 2 West 183rd Street, Bronx, New York 10452, with monitoring by means chosen at the discretion of Pretrial Services.   The defendant shall be on a 24-hour lockdown in the residence except for emergency medical visits and court proceedings.   Any other leave from the residence must be approved by either the Pretrial Services officer or by the Court on application from defense counsel;

d.   Third-party custodianship by his wife, Juana Romena Rosario Garcia, who shall be responsible to this Court for ensuring the defendant's compliance with these conditions of release;

e.   For fourteen days after the defendant's release, the third-party custodian (his wife, Juana Romena Rosario Garcia), together with the defendant, must have daily contact with the Pretrial Services Officer through videoconferencing technology;

f.   No visitors to the residence except for family members and defense counsel;

g.   Pretrial services supervision as directed by the Pretrial Services Office;

h.  Surrender all passports and other travel documents and make no applications for new or replacement documents;

i.  No contact with any co-defendants, witnesses or suspected witnesses, members of the narcotics conspiracy to which the defendant pled guilty, or members of the Trinitarios gang;

j.  Drug testing as directed by the Pretrial Services Office;

k.  The defendant shall not possess a firearm, destructive device, or other weapon;

l.  No use or possession of any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner;and

m.  Release upon the defendant's signature, with all other conditions to be be satisfied within one week of the date of this Order.  The Pretrial Services Office shall conduct a home visit as soon practicable to install the monitoring technology that it selects and to establish all remaining safeguards.

2.  The Pretrial Services Office is directed to immediately alert the Court, the Government and defense counsel of any violation of the above conditions, without need for a

formal violation petition. The defendant is hereby notified that any violation of the conditions of release will likely result in revocation of this temporary release.

3. Defense counsel is directed to submit a status update letter to the Court once every two weeks, informing the Court as to the defendant's status, health, and compliance with the conditions of release.

4. This Order is subject to modification or revocation by the Court at any time. The Court intends to terminate the defendant's temporary release and return the defendant to presentence detention as soon as the Court concludes that the unique circumstances giving rise to this Order no longer exist.

Dated: New York, New York
      April 1, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.