```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,            19-Cr-795 (SHS)

      -v-                             ORDER

JONATHAN RODRIGUEZ,

              Defendant(s).
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed a request to change his address where he will be residing during his release to 105 Elliot Place, Apt. 4E, Bronx, New York [Doc. No. 114],

    IT IS HEREBY ORDERED that defendant's request is granted.

Dated: New York, New York
       April 6, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.