UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-795 (SHS) |
| -v- | : | <u>ORDER</u> |
| JONATHAN RODRIGUEZ, | : | |
| Defendant(s). | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed a letter dated May 5, 2020 [Doc. No.135], requesting an adjournment of his sentencing,

    IT IS HEREBY ORDERED that:

1. The sentencing is adjourned to July 28, 2020, at 2:30 p.m.;

2. Defendant's sentencing submission is due by July 14, 2020; and

3. The government's sentencing submission is due by July 21, 2020.

Dated: New York, New York
       May 5, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.