**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 BROADWAY**
**SUITE 1515**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9941
FAX: 212-693-0090
thomasdunnlaw@aol.com

**By ECF & email**                                                                 May 28, 2020

Honorable Sidney H. Stein
United States District Judge                          **MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

     Re: United States v. Jonathan Rodriguez,
          19 Cr. 795 (SHS)

Dear Judge Stein:

    I write to request a change in the address where Mr. Rodriguez will live during his release. He and his family wish to rent and reside in another apartment in the vicinity of 185th Street and Prospect Avenue in the Bronx. If approved he will provide the new address to Pretrial services. He also will need to go to a local branch of the Bank of America to obtain cash or a bank check to pay for the security deposit and first month rent.

    Assistant U.S. Attorney Frank Balsamello and U.S. Pretrial Officer Joshua Rothman have no objection to this change of address or his visit to the bank. Assistant U.S. Attorney Balsamello requests that Mr. Rodriguez provide a receipt of the bank transaction and a copy of the lease agreement. Mr. Rodriguez agrees to those requests.

    Thank you for your consideration of this request.

                                                                Respectfully yours,
                                                                 s/Thomas F.X. Dunn

AUSA Frank Balsamello, Esq. (by email & ECF)

Joshua Rothman, U.S. Pretrial (by email)

        **Application granted.**
        **Dated:  May 28, 2020**

                            SO ORDERED

                            _____
                            SIDNEY H. STEIN
                            U.S.D.J.

1