

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2020

**BY ECF**

The Honorable Sidney H. Stein     **MEMO ENDORSED**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jonathan Rodriguez*, 19 Cr. 795 (SHS)

Dear Judge Stein:

    This case is currently scheduled for sentencing on Tuesday, July 28, 2020 at 2:30 p.m. The Government respectfully requests that the conference be adjourned approximately 60 days, as it appears that the COVID-19 pandemic will make an in-court appearance impossible, and the parties are aware of no pressing reason to proceed with sentencing via telephone or video conference at this time. Defense counsel, Thomas Dunn, Esq., consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   Frank J. Balsamello / Adam Hobson
    Assistant United States Attorneys
    (212) 637-2325 / -2484

cc:   Thomas Dunn, Esq., *counsel for defendant Jonathan Rodriguez* (via ECF)

**The sentencing is adjourned to October 28, 2020, at 4:00 p.m. Defense submissions are due by October 14, the government's submissions are due by October 21.**

**Dated: New York, New York**
      **July 17, 2020**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.