**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 BROADWAY**
**SUITE 1515**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9941
FAX: 212-693-0090
thomasdunnlaw@aol.com

**By ECF & email**                                                                                     September 22, 2020

Honorable Sidney H. Stein
United States District Judge                                                      **MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re: <u>United States v. Jonathan Rodriguez,</u>
           19 Cr. 795 (SHS)

Dear Judge Stein:

  My client, Jonathan Rodriquez is presently on house arrest with an electronic monitor. On September 24th he has a medical appointment to have an MRI. Pretrial advised that in order to have an MRI the electronic monitor must be removed. I request that your Honor issue an order that the electronic monitor be removed on September 24th for that purpose. If granted Mr. Rodriguez would come to the courthouse in the morning for the removal and then return to the courthouse after the MRI in order for the electronic monitor to be restored.

  Assistant U.S. Attorney Frank Balsamello and U.S. Pretrial Officer Joshua Rothman have no objection to this request.

  Thank you for your consideration of this request.

Respectfully yours,
s/Thomas F.X. Dunn

AUSA Frank Balsamello, Esq. (by email & ECF)

Joshua Rothman, U.S. Pretrial (by email)

    **Application granted.**

  Dated:  New York, New York
        September 22, 2020

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.