UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-795 (SHS) |
| -v- | : | <u>ORDER</u> |
| JONATHAN RODRIGUEZ, | : | |
| Defendant. | : | |

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the defendant,

    IT IS HEREBY ORDERED that the sentencing is adjourned to November 18, 2020, at 4:00 p.m. The defense submissions are due by October 23, 2020, the government's submissions are due by October 30, 2020.

Dated: New York, New York
       October 14, 2020

SO ORDERED:

_____
SIDNEY H. STEIN, U.S.D.J.