UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-795 (SHS) |
| -v- | : | <u>ORDER</u> |
| JONATHAN RODRIGUEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

  A plea via videoconference is scheduled to take place in this matter via Skype on November 18, 2020, at 1:30 p.m. The Skype link will be emailed to all participants. To optimize use of the Court's video conferencing technology, all participants in the call must:

  Use a browser other than Microsoft Explorer to access Skype for Business;

  Position the participant's device as close to the WiFi router as is feasible;

  Ensure any others in the participant's household are not using WiFi during the period of the call;

  Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

  If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-216 and entering Participant Code: 974021956.

Dated: New York, New York
   November 6, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.