```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,           :     19-Cr-795 (SHS)

    -v-                                 :     ORDER

JONATHAN RODRIGUEZ,                 :

                 Defendant.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the defendant's bail conditions are modified as follows:

    1.    The condition of home incarceration is changed to home detention with electronic monitoring; and

    2.    The defendant may leave his home for legal visits, medical visits, job interviews and employment at the discretion of his probation officer.

Dated: New York, New York
          November 18, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.