# United States Pretrial Services
# Southern District of New York
# MEMORANDUM

**To:**     Honorable Sidney H. Stein
            United States District Judge

**From:**  Joshua A. Rothman
            United States Pretrial Services Officer
            Intensive Supervision Specialist

**Re:**     Jonathan Rodriguez
            19 CR 795 - 7

The attached memo was prepared by Pretrial Services Officer:

| **Joshua A. Rothman** | **(212) 805-4339** |
|---|---|
| Name | Phone Number |

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]     Please inform all parties concerned that I will conduct a Bail Review Hearing

        via Skype videoconference on    2/1/2021        at     11:00 a.m.              .
                                        Date                   Time

[ ]     I request that a Bail Review Hearing be conducted by:

            [ ]     The presiding Magistrate Judge in courtroom # 5A.

            [ ]     The District Court Judge presiding in Part I.

            [ ]     Judicial Officer at his/her earliest convenience.

[ ]     I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.

SO ORDERED:__  _Sidney H. Stein_  _____        Dated:  New York, New York
                                                                    January 27, 2021