UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        *19*-Cr-*795*-(SHS)

        -v-                                                :        CONSENT TO PROCEED BY

*JONATHAN Rodriguez*                          :        VIDEOCONFERENCE OR
                           :        TELECONFERENCE_____

               Defendant.                     :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant *Jonathan Rodriguez* hereby voluntarily consents to participate in
the following proceeding via videoconference or teleconference:

_____   Initial Appearance/Appointment of Counsel

_____   Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

_____   Preliminary Hearing on Felony Complaint

✓   Bail/Revocation/Detention Hearing

✓   Status and/or Scheduling Conference

_____   Misdemeanor Plea/Trial/Sentence


*Jonathan Rodriguez by Thomas Dunn*       *Thomas Dunn*
Defendant's Signature (Judge may obtain      Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

*JONATHAN Rodriguez*             *Thomas Dunn*
Print Defendant's Name               Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.


*2/1/2021*                     *Sidney H. Stein*
Date                            Sidney H. Stein, U.S.D.J.