**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-537-7309**
**Thomasdunnlaw@aol.com**

March 18, 2021

Honorable Sydney H. Stein
United States District Judge
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

`Re: U.S. v. Rodriguez
    19 Cr. 795 (SHS)

Dear Judge Stein:

Jonathan Rodriguez is to surrender to the Bureau of Prisons on March 26th. On April 8th he is scheduled to receive his second vaccine shot. Since it will take 14 days for the protection for the vaccine to take effect, I request that the surrender date be changed to April 23rd or during the week of April 26th.

Assistant U.S. Attorney Frank Balsamello and U.S. Pretrial Officer Joshua Rothman have no objection to this request.

Thank you for your consideration of this request.

Respectfully yours,

\                                              /s/
                                               Thomas F.X. Dunn

Cc: Frank Balsamello, Esq.
    Assistant U.S. Attorney

    Joshua Rothman
    U.S. Pretrial Officer(by email)

**Defendant's surrender date is adjourned to April 23, 2021, by 2:00 p.m.**

Dated:  New York, New York
        March 18, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.