**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-537-7309**
**Thomasdunnlaw@aol.com**

March 22, 2021

Honorable Sydney H. Stein
United States District Judge
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

`Re: U.S. v. Rodriguez
    19 Cr. 795 (SHS)

Dear Judge Stein:

    I write to request that Jonathan Rodriguez be permitted to attend his wedding tomorrow March 24th. The time and location would be subject to the approval of U.S. Pretrial Services.

    Assistant U.S. Attorney Frank Balsamello and U.S. Pretrial Officer Joshua Rothman have no objection to this request.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

\

Cc: Frank Balsamello, Esq.
    Assistant U.S. Attorney

    Joshua Rothman
    U.S. Pretrial Officer(by email)

**Request granted.**

**Dated: New York, New York
March 23, 2021**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.